## COURTROOM MINUTES
## CIVIL

DATE: 8/30/2023   DAY: Wednesday   START TIME: 10:02 am   END TIME: 10:32 am
JUDGE/MAG.: JDP   CLERK: JLS   REPORTER: PCH
CASE NO.: 22-cv-268-jdp   CASE NAME: DAniel Allen v. Lanier, Inc. et al

**APPEARANCES:**

PLAINTIFF(S): Katherine Serrano   DEFENDANT(S): Phillips McWilliams

**PROCEEDING:**

☐ CONFIRMATION OF SALE
☐ CONTEMPT OF COURT
☐ MOTION FOR DEFAULT JUDGMENT
☐ ORDER TO SHOW CAUSE
☒ OTHER: Settlement Approval Hearing

Settlement approved; order to follow.

TOTAL COURT TIME: 30 min