IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

**DANIEL ALLEN**, individually and on behalf of
similarly situated persons,

               Plaintiff,

    **v.**

**LANIER, INC. and MICHAEL H. LANIER**,

          Defendants.

Case No. 3:22-cv-00268-JDP

Honorable James D. Peterson

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT AND MEMORANDUM IN SUPPORT

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement Agreement and Memorandum in Support ("Motion for Final Approval"). Having carefully considered Plaintiff's Motion for Final Approval, the undersigned will **GRANT** the Motion for Final Approval.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Final Approval is **GRANTED** and the Court hereby:

(1)    approves the amended complaint filed at Dkt. 14-1;

(2)    finally certifies the collective action pursuant to Section 216(b) of the FLSA and the class action pursuant to Federal Rule of Civil Procedure 23 for settlement purposes only;

(3)    grants the motion for final approval of the Agreement, Dkt. 19, and finds its terms to be fair, reasonable, and adequate, except as those terms are inconsistent with this order;

(4)     approves distribution of no less than $50,486.42 to the FLSA collective to be divided in accordance with each member's pro-rata share;

(5)     approves distribution of no less than $18,420.77 to be divided equally among the state-law class members;

(6)     approves a service award payment in the amount of $2,500 to Named Plaintiff Daniel Allen;

(7)     directs the administrator to mail settlement checks to class and collective members no later than 15 days after the deadline for filing an appeal has expired or any appeals have been resolved, whichever is later;

(8)     approves payment of no more than $10,000 to the Settlement Claims Administrator;

(9)     approves $36,455.59 in attorney fees and costs to Class Counsel;

(10)    dismisses the case with prejudice;

(11)    directs the clerk of court to enter judgment and close the case.

Entered August 30, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge