IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL ALLEN, individually and on
behalf of similarly situated persons,

    Plaintiff,

v.

LANIER, INC. and
MICHAEL H. LANIER,

    Defendants.

Case No. 22-cv-268-jdp

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered certifying a class and collective action under Fed. R. Civ. P. 23, the Fair Labor Standards Act, 29 U.S.C. § 216(b), and the Wisconsin Minimum Wage Law, Wis. Stat. §§ 104.035 *et seq*., as follows:

> All persons who worked for defendants Lanier, Inc. and Michael H. Lanier at Domino's Pizza stores in Wisconsin as delivery drivers from July 23, 2019, through April 1, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Daniel Allen, individually and on behalf of similarly situated persons, against defendants Lanier, Inc. and Michael H. Lanier as follows:

1. certifying Daniel Allen as a representative plaintiff;

2. approving the parties' Settlement Agreement and finding its terms to be fair, reasonable, and adequate, except as those terms

      are inconsistent with the August 30, 2023, order entered by this court at Dkt. 29;

3. approving distribution of no less that $50,486.42 to the FLSA collective to be divided in accordance with each member's pro-rata share;

4. approving distribution of no less than $18,420.77 to be divided equally among the state-law class members;

5. approving a service award of $2,500 to plaintiff Daniel Allen;

6. approving payment of no more than $10,000 to the Settlement Claims Administrator;

7. directing the Administrator to mail settlement checks to class and collective members no later than 15 days after the deadline for filing an appeal has expired or any appeals have been resolved, whichever is later;

8. approving payment of $36,455.59 in attorney fees and costs to class counsel; and

9. dismissing this case with prejudice.

Approved as to form this 15th day of September, 2023.

/s/

---

James D. Peterson
District Judge

/s/ Deputy Clerk                                      9/15/2023

Joel Turner                                                Date
Clerk of Court